THE STATE, EX REL. STURGELL, *v.* FAIS, JUDGE.

(No. 76-706—Decided December 15, 1976.)

184

Mr. *Dennis N. Balske*, for relator.

Mr. *George C. Smith*, prosecuting attorney, and Mr. *Stephen A. Reilly*, for respondent.

*Per Curiam.* Respondent argues that the complaint herein makes no specific averment that relator was indigent at the time the motion for a transcript was made. However, the uncontroverted facts set forth in this cause do not permit a judgment for respondent on that basis.

Respondent contends further that an appeal must be pending to require a transcript at state expense. However, this court has determined that an indigent is entitled to a transcript at public expense if he is within rule at the time of such request. See *State, ex rel. Catlino,* v. *Clerk of Courts* (1967), 9 Ohio St. 2d 101; *State, ex rel. Partee,* v. *McMahon* (1963), 175 Ohio St. 243, 248.

The request being timely made herein, relator's motion for summary judgment is sustained and the writ prayed for is allowed.

*Writ allowed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.